IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

FILED ENTERED
LODGED RECEIVED

SEP 29 2026

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 1:26-mj-02634-DRM |
| | * | |
| SEAN THOMPSON, | * | UNDER SEAL |
| | * | |
| Defendant. | * | |
| | * | |

*******

**AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT**

Your affiant, Alexander P.R. Ward, a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), being duly sworn, deposes and states as follows:

## I. INTRODUCTION AND BACKGROUND

1. I am a Special Agent with the ATF. As such I am a "federal law enforcement officer" within the meaning of Federal Rule of Criminal Procedure 41(a)(2)(C), that is, a government agent engaged in enforcing the criminal laws and duly authorized by the Attorney General to request a search warrant. I am also an "investigative or law enforcement officer of the United States" within the meaning of Section 2510(7) of Title 18, United States Code, that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Section 2516 of Title 18, United States Code.

2. I have been a Special Agent with ATF since November of 2023. I have received training in search warrant applications, arrest procedures, searches and seizures, firearms and offenses committed with firearms, ammunition, narcotics, violent incident crimes, and various other crimes. I am currently assigned to the Baltimore Field Office, which investigates federal criminal matters in the state of Maryland.

3. I submit this Affidavit in support of a criminal complaint and arrest warrant for SEAN THOMPSON (the "TARGET SUBJECT"). Based upon the facts in this Affidavit, I respectfully submit that there is probable cause to believe that the TARGET SUBJECT has committed the offenses of possession of a firearm and ammunition by a prohibited person, in violation of 18 U.S.C § 922(g)(1) and possession with the intent to distribute controlled substances, in violation of 21 U.S.C. § 841(a)(1) (collectively, the "SUBJECT OFFENSES").

4. This Affidavit is based upon my participation in the investigation of the TARGET SUBJECT, my examination of reports and records, my review of body worn camera ("BWC") footage associated with the investigation, and my conversations with other law enforcement agents and other individuals involved in the investigation. Information in this Affidavit does not always set forth my personal observations, but rather at times reflects information from reports as well as information provided to me by other law enforcement agents who observed the events described, and to whom I have spoken or whose reports I have read.

5. Because this Affidavit is being submitted for the limited purpose of obtaining a criminal complaint and arrest warrant, it does not include every fact learned during this investigation, but I have not excluded any facts known to me that would defeat a determination of probable cause. Where the contents of documents and the actions, statements, and conversations of others are reported herein, they are reported in substance and in part, except where otherwise indicated. In making this Affidavit, I am relying only on the facts stated herein.

## II. PROBABLE CAUSE

6. On May 28, 2026, at approximately 3:18 p.m., officers of the Baltimore Police Department ("BPD") were conducting covert surveillance near the 3400 block of Garrison Boulevard in Baltimore, Maryland. This area is known to law enforcement as a high crime location

with ongoing issues related to violent crime, firearms-related crimes, and controlled dangerous substance ("CDS") crimes.

7. ,During surveillance of the 3400 block of Garrison Boulevavd, officers observed an individual in all grey, later identified as Donte BARBOUR, approach another individual in a grey hoodie and black shorts, later identified as the TARGET SUBJECT. After a brief conversation, the two individuals walked south together in the 3800 block of Egerton Road. Officers then observed the TARGET SUBJECT retrieve a clear plastic bag containing small items consistent with the shape and size of CDS commonly sold in the area and give one of the small items to BARBOUR in exchange for U.S. currency. The TARGET SUBJECT then walked back north in the 3800 block of Egerton Road, towards Garrison Boulevard, while still holding the clear plastic bag containing small items consistent with the shape and size of CDS. The TARGET SUBJECT then placed the clear bag back in his front waistband area.

8. Upon observing the suspected drug transaction, BPD officers left their covert surveillance location and responded to the 3400 block of Garrison Boulevard. The TARGET SUBJECT was still present at the location and was placed in handcuffs. A responding BPD officer can be heard on BWC asking the TARGET SUBJECT "Where is it? We already saw you hit him off." The TARGET SUBJECT responded, "Right here, bro" while reaching into his front waistband area. The TARGET SUBJECT then pulled out a clear bag containing the suspected CDS and handed it to one of the BPD officers. One of the BPD officers responded, "Thank you. Anything else on you?" The TARGET SUBJECT responded, "No, sir."

9. Officers continued to search the TARGET SUBJECT. The TARGET SUBJECT was wearing multiple layers of clothing on his lower body, including long compression tights underneath his pair of shorts. During their search, BPD officers recovered a black Polymer80 Inc.,

PF940C 9-millimeter Luger pistol, bearing no serial number, from the TARGET SUBJECT's groin area inside his multiple layers of clothing. The firearm was loaded with an extended magazine (18 round capacity) containing 12 rounds of 9-millimeter Luger ammunition. Officers also recovered a cell phone, an identification card, and $177 in U.S. currency from the TARGET SUBJECT's person.

10. Officer's located BARBOUR who was still in the area and asked him for the suspected CDS that he had previously purchased from the TARGET SUBJECT. In response, BARBOUR reached into his shoe, pulled out a small yellow jug[1] consistent with the jugs recovered from the TARGET SUBJECT, and gave the jug to the officer. BARBOUR stated that he bought the yellow jug from the TARGET SUBJECT for $4. BARBOUR was then released and the TARGET SUBJECT was arrested and taken into custody.

11. The containers inside the clear plastic bag recovered from the TARGET SUBJECT were tested by BPD's Drug Analysis Unit and were confirmed to contain CDS. Specifically, (i) the tan powder contained in eleven (11) blue conical flip top containers was confirmed to contain fentanyl, (ii) the white rock substance contained in three (3) green flip top containers was confirmed to contain cocaine, and (iii) the white rock substance in four (4) yellow flip top containers was confirmed to contain cocaine.

12. A Laboratory Report was completed by BPD's Firearms Analysis Unit, which confirmed that the recovered firearm was operable. An ATF interstate nexus expert has determined that the recovered firearm and ammunition affected interstate commerce.

[1] The yellow jug recovered from BARBOUR contained white residue.

13. The TARGET SUBJECT has multiple criminal convictions, some of which have resulted in him being prohibited from possessing firearms and ammunition, including but not limited to the following convictions:

14. 2023 Firearm Possession with Felony Conviction;

15. 2023: CDS-Distribution;

16. 2018: Firearm Possession with Felony Conviction;

17. 2018: CDS-Possession with Intent to Distribute;

18. 2014: Burglary-Third Degree;

19. 2014: Assault-Second Degree;

20. 2014: CDS- Possession with Intent to Distribute:

21. 2004: CDS Manufacture/Distribute/Dispense;

22. 2004: CDS Manufacture/Distribute/Dispense; and

23. 2003: Robbery.

24. Based on the foregoing, I respectfully submit that there is probable cause to issue the requested criminal complaint and arrest warrant for the TARGET SUBJECT for violations of the SUBJECT OFFENSES.

ALEXANDER WARD Digitally signed by ALEXANDER WARD Date: 2026.09.28 13:20:26 -04'00'

Alexander P.R. Ward, Special Agent
Bureau of Alcohol, Tobacco, Firearms and Explosives

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 4(d) this 28th of September 2026.

Honorable Douglas R. Miller
United States Magistrate Judge
District of Maryland